**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:        **Charles Eric Becker, Debtor**                    **Case No. 23-50780-KMS**
**CHAPTER 13**

### MOTION TO INCUR NEW DEBT *NUNC PRO TUNC*

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt *nunc pro tunc*, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 05/31/2023.
2. Debtor is paying approximately 100% to General Unsecured Debts through the plan.
3. On March 23, 2026, the Debtor obtained a loan from Keesler Federal Credit Union in the total amount of $3,475.33, inclusive of finance charges, for the purpose of repairing his motorcycle.
4. At the time the loan was obtained, the Debtor was facing the immediate loss of necessary transportation required for employment. He could not reasonably wait for Court approval without risking interruption of income. The repair and resulting borrowing were necessary to preserve the Debtor's ability to maintain employment and continue funding the Chapter 13 plan.
5. Debtor respectfully requests that this Honorable Court approve the loan *nunc pro tunc*.
6. The repayment terms of the loan are reasonable and manageable within the Debtor's current budget. He will pay this obligation directly to the lender pursuant to the terms of the agreement, with the monthly payments to be withheld from his paycheck.
7. Approval of this post-petition borrowing will not result in any meaningful prejudice to creditors, as the obligation is necessary for the Debtor to maintain income and continue performance under the Chapter 13 plan.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system.  I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.