**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**  **Charles Eric Becker, Debtor**  **Case No. 23-50780-KMS**
**CHAPTER 13**

## ORDER AUTHORIZING DEBTOR TO INCUR DEBT *NUNC PRO TUNC*

THIS CAUSE having come on this date on the Debtor's Motion to Incur Debt *Nunc Pro Tunc* (DK #___), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Incur Debt *Nunc Pro Tunc* is granted. Debtor is authorized to borrow $3,475.33, inclusive of finance charges, from Keesler Federal Credit Union for the purpose of repairing his motorcycle.  Debtor shall make the ongoing monthly payments directly to the lender, with such payments to be withheld from his paycheck.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR