**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:      **Charles Eric Becker, Debtor**                    **Case No. 23-50780-KMS**
                                                                                              **CHAPTER 13**

**NOTICE**

Debtor has filed papers with the court to incur new debt *nunc pro tunc*.
**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the Court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:
File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: April 6, 2026                    Signature:    /s/ Thomas C. Rollins, Jr.
                                                                        Thomas C. Rollins, Jr. (MSBN 103469)
                                                                        The Rollins Law Firm, PLLC
                                                                        P.O Box 13767
                                                                        Jackson, MS 39236
                                                                        601-500-5533
                                                                        trollins@therollinsfirm.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      **Charles Eric Becker, Debtor**      **Case No. 23-50780-KMS**

**CHAPTER 13**

### MOTION TO INCUR NEW DEBT *NUNC PRO TUNC*

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt *nunc pro tunc*, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 05/31/2023.
2. Debtor is paying approximately 100% to General Unsecured Debts through the plan.
3. On March 23, 2026, the Debtor obtained a loan from Keesler Federal Credit Union in the total amount of $3,475.33, inclusive of finance charges, for the purpose of repairing his motorcycle.
4. At the time the loan was obtained, the Debtor was facing the immediate loss of necessary transportation required for employment. He could not reasonably wait for Court approval without risking interruption of income. The repair and resulting borrowing were necessary to preserve the Debtor's ability to maintain employment and continue funding the Chapter 13 plan.
5. Debtor respectfully requests that this Honorable Court approve the loan *nunc pro tunc*.
6. The repayment terms of the loan are reasonable and manageable within the Debtor's current budget. He will pay this obligation directly to the lender pursuant to the terms of the agreement, with the monthly payments to be withheld from his paycheck.
7. Approval of this post-petition borrowing will not result in any meaningful prejudice to creditors, as the obligation is necessary for the Debtor to maintain income and continue performance under the Chapter 13 plan.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 6, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system.  I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CHARLES ERIC BECKER

CASE NO: 23-50780-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/7/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Incur New Debt

Exhibit A Loan Agreement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/7/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CHARLES ERIC BECKER

CASE NO: 23-50780-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 4/7/2026, a copy of the following documents, described below,

Notice and Motion to Incur New Debt

Exhibit A Loan Agreement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/7/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-50780-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
MON APR 6 13-4-56 PST 2026

LAKEVIEW LOAN SERVICING  LLC
PO BOX 619096
DALLAS  TX 75261-9096

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

CFNA
ATTN BANKRUPTCY
PO BOX 81315
CLEVELAND  OH 44181-0315

CREDIT FIRST NA
PO BOX 818011
CLEVELAND OH 44181-8011

CREDIT COLLECTION
ATTN BANKRUPTCY
725 CANTON ST
NORWOOD  MA 02062-2679

CREDIT COLLECTION
PO BOX 607
NORWOOD  MA 02062-0607

DISH NETWORK
PO BOX 7203
PASADENA  CA 91109-7303

(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

EXCLUDE

(D)(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LAKEVIEW LOAN SERVICING  LLC
NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
PO BOX 619096
DALLAS   TX 75261-9096

MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON  MS 39225-2808

MRCUNITED WHOLESALE M
ATTN BANKRUPTCY
P O BOX 619098
DALLAS  TX 75261-9098

NAVY FEDERAL
PO BOX 3500
MERRIFIELD  VA 22119-3500

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA 22119-3000

EXCLUDE

(D)NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA 22119-3000

SAFECO INSURANCE
PO BOX 10002
MANCHESTER  NH 03108-1002

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 955060
ORLANDO  FL 32896-5060

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

USAA FSB
10750 MC DERMOTT
SAN ANTONIO  TX 78288-1600

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

VETERANS AFFAIRS
ATTN ACCOUNTS PAYABLE
400 VETERANS AVE
BILOXI  MS 39531-2499

VETERANS AFFAIRS
CO US ATTORNEY
501 E COURT ST
STE 4430
JACKSON  MS 39201-5025

WELLS FARGO
PO BOX 14517
DES MOINES  IA 50306-3517

WELLS FARGO BANK  NA
PO BOX 10438  MAC F823502F
DES MOINES  IA 50306-0438

WILKIN GRAY HENSARLING  ESQ
LOGS LEGAL GROUP LLP
COUNSEL FOR LAKEVIEW LOAN SERVICING  LLC
1080 RIVER OAKS DRIVE  SUITE B-202
FLOWOOD  MS 39232-7603

DEBTOR

CHARLES ERIC BECKER
920 EAST RAILROAD STREET
GULFPORT  MS 39501-3365

EXCLUDE

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~

EXCLUDE

~~(P)WARREN A  CUNTZ  T1 JR~~
~~PO BOX 3749~~
~~GULFPORT MS 39505-3749~~

EXCLUDE

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~

EXCLUDE

~~(P)WARREN A  CUNTZ  T1 JR~~
~~PO BOX 3749~~
~~GULFPORT MS 39505-3749~~